UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

WILLIAM H. BOLIA,

        Plaintiff,                              SUBSTITUTION OF ATTORNEYS

v.                                          Civil Action No. 02-CV-6510T (P)

MERCURY PRINT PRODUCTIONS, INC.,

        Defendant.
_____

PLEASE TAKE NOTICE that Steven V. Modica, Esq. has been substituted in the place and stead of William E. Burkhart, Jr., Esq. as attorney for the Plaintiff in the above-captioned action and that an order to that effect may be entered without further notice.

Dated: December 20, 2005

MODICA & ASSOCIATES                           WILLIAM H. BOLIA

_____                     _____
Steven V. Modica, Esq.                              Plaintiff
2430 Ridgeway Avenue
Rochester, New York 14626
(585) 227-2070

                                                                      SO ORDERED

TO:    WILLIAM E. BURKHART, JR., ESQ.         _____
        Attorney for Plaintiff                               MICHAEL A. TELESCA
        450 Reynolds Arcade, 16 E. Main Street      United States District Judge
        Rochester, New York 14614
        (585) 325-1750

        CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD, LLP
        Attorneys for Defendant
        Jerry R. Greenfield, Esq., of counsel
        2 State Street, Suite 1600
        Rochester, New York 14614
        (585) 232-3730

                                                                      E:\Bolia\Consent to Substitute.wpd