UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM H. BOLIA

                    Plaintiff(s)

  -vs-                                               99-Cv-6510T

MERCURY PRINT PRODUCTION, INC.

                    Defendant(s)
_____

    The Court having been advised that the above action has been settled, it is hereby,

    ORDERED, that the above action is hereby dismissed with prejudice.  The Court retains jurisdiction over the effectuation of the settlement.

    SO ORDERED.

                                            *Michael A. Telesca*
                                            Michael A. Telesca
                                            United States District Judge

Dated: December 28, 2005